### 7896. TURNER v. JOHNSON-LUND CO.

LUKE, J. 1. Where the answer of the justice of the peace to a writ of certiorari is neither traversed nor excepted to, the court is bound to determine the cause as made by the answer.

2. Upon the answer of the justice of the peace, the court did not err in overruling the certiorari.

*Judgment affirmed. Wade, C. J., and George, J., concur.*
DECIDED MARCH 20, 1917.

Certiorari; from Hart superior court—Judge Worley. August 31, 1916.

*A. G. & Julian McCurry, Walter L. Hodges,* for plaintiff in error. *J. H. & Parke Skelton,* contra.